UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONICA D. NICHOLSON, ) <br> a/k/a Mary Hardamon, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.  MJ07-468 <br> (CR07-07-35RWS) <br><br> DETENTION ORDER |

Underlying offenses charged in the Eastern District of Missouri, Southern Division:

4 Counts Uttering a Counterfeit Security of an Organization, in violation of Title 18, U.S.C., Section 513(a), with alleged losses of approximately $2,300.00.

Date of Detention Hearing: October 1, 2007

The Court conducted both an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Rule 5(c)(3) inquiry.  The Court found that the identity of the defendant had been established and the defendant waived her rights to a full Rule 5(c)(3)(D) hearing.  The Court signed an order of transfer to the originating district court of the Eastern District of Missouri to answer the charges.

The Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Nicholas Brown.  The defendant was represented by Paula Deutsche.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is viewed as a risk of nonappearance; there are eight pending warrants for her arrest outstanding.

(2) The defendant does not contest detention, reserving the right to reopen the matter in the Eastern District of Missouri.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of October, 2007.

MONICA J. BENTON
United States Magistrate Judge